IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
)
              Plaintiffs, )
) No. 09 C 3278
    v. )
) Judge Bucklo
MKM ENGINEERS, INC., a foreign corporation )
licensed to do business in Illinois ) Magistrate Judge Keys
)
             Defendant. )

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

    1.    Suit was filed on June 1, 2009 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

    2.    Service upon MKM ENGINEERS, INC., a foreign corporation licensed to do business in Illinois was made on the Defendant on June 1, 2009, and a copy of the proof of service was filed with the court on June 2, 2009.

    3.    On June 19, 2009 counsel for MKM contacted Plaintiffs' attorney and requested an extension of time to July 6, 2009 to answer or otherwise plead (see attached confirming letter)

    4.    On July 7, 2009 Plaintiff's attorney contacted MKM's counsel to ascertain whether or not he would be filing an appearance and responsive pleading and he advised they would be forthcoming. MKM's attorney was again reminded of the July 22, 2009 status hearing previously noted in the June 19, 2009 letter attached.

5.  Defendant is now in default as to the Complaint and as supported by the attached Affidavits the sums due are:

      $11,887.90 Welfare
        $8,102.37 Pension
          $925.00 Attorneys fees
      $20,915.27

WHEREFORE, Plaintiff prays for:

1.  Entry of judgment against Defendant, MKM ENGINEERS, INC., a foreign corporation licensed to do business in Illinois, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $20,915.27.

                                          TRUSTEES OF THE SUBURBAN TEAMSTERS
                                          OF NORTHERN ILLINOIS WELFARE AND
                                          PENSION FUNDS

                                            s/John J. Toomey
                                            ARNOLD AND KADJAN
                                            19 W. Jackson Blvd., Suite 300
                                            Chicago, IL 60604
                                            Telephone No.: (312) 236-0415
                                            Facsimile No.: (312) 341-0438
                                            Dated: July 14, 2009

LAW OFFICES

HUGH B. ARNOLD
JOHN J. TOOMEY
L. STEVEN PLATT
JOHN F. ETZKORN
DONALD D. SCHWARTZ
STEVEN F. McDOWELL

JAMES R. ANDERSON
PAIGE E. ARNOLD
PAUL M. EGAN
ANTHONY B. SANDERS
PHILIP BRZOZOWSKI
SHANE C. LUEDKE

ARNOLD AND KADJAN

19 WEST JACKSON BOULEVARD

CHICAGO IL

60604-3958

® 800

TELEPHONE (312) 236-0415
FAX # (312) 341-0438

PLEASE REFER TO
OUR FILE NUMBER

DANIEL N. KADJAN
RETIRED 1993

June 19, 2009

By Facsimile (214) 200-0393
and Regular Mail
Arthur T. Carter, Esq.
Haynes and Boone, LLP
2323 Victory Avenue
Suite 700
Dallas, Texas 75219-7673

  Re: Suburban Teamsters v. MKM Engineers, Inc.
    Case No.: 09 C 3278

Dear Sir:

This will confirm our telephone conference of this date wherein you sought an extension of time to answer or otherwise plead in the above matter until July 6, 2009.

I am enclosing a copy of Judge Bucklo's Minute Order of June 4, 2009 setting this case for a status hearing on July 22, 2009 at 9:30 a.m.

Yours truly,

ARNOLD AND KADJAN

By: John J. Toomey

JJT:cc
Enclosure